# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )     CASE NUMBER 08 MJ 8215

)

vs )      ABSTRACT OF ORDER

)

Karla Hrcina Ochoa-Martinez )     Booking No._____

)

)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____3/17/08_____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

____✓____ Defendant released on $ 10,000 _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

PETER C. LEWIS

UNITED STATES MAGISTRATE JUDGE

OR

Received_____  W. SAMUEL HAMRICK, JR.  Clerk

DUSM

by _____

Deputy Clerk

Crim-9     (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY